AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| **United States District Court** | District: Northern District of Florida | |
|---|---|---|
| Name of Movant: Demetrus D. Howard | Prisoner No.: 05674-017 | Case No.: 3:03cr68/LAC  3:06 CV 51/LAC/MD |
| Place of Confinement: USP Coleman, Coleman, Florida | | |

UNITED STATES OF AMERICA     V.   Demetrius D. Howard,
(name under which convicted)

# MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States Dsitrict Court, Northern District of Florida, Pensacola

2. Date of judgment of conviction  November 25, 2003

3. Length of sentence  324 months

4. Nature of offense involved (all counts)  Robbery, in violation of Title 18 U.S.C. § 1951(a) count One (1), and Using, carrying, brandishing a firearm in relation to robbery, in violation of Title 18 U.S.C. § 924(c)(1)(A)(ii) and 2, count three (3).

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐   N/A
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒    N/A

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 JAN 30 PM 1:14

ts
FILED

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Eleventh Circuit Court of Appeals__

   (b) Result __Affirmed__

   (c) Date of result __October 6, 2004__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __U.S. Supreme Court__

    (2) Nature of proceeding __writ of certiorari__

    (3) Grounds raised __Should the court vacate the decision below, which affrimed a sentence imposed and enhanced under the federal sentencing guidelines, because the sentencing was unconstitutional under Blakely v. Washington, 124 S.Ct. 2531 (2004) and Apprendi v. New Jersey, 530 U.S. 466 (2000), and other claims.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __N/A__

    (6) Date of result __January 24, 2005__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result _____ N/A _____

    (6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☒
    (2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____ N/A _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective assistance of counsel/federal court's lack of criminal, territorial, subject matter, and personal jurisdiction to prosecute petitioner.

Supporting FACTS (state *briefly* without citing cases or law) The petitioner contends that the the federal court lacked criminal, territorial, subject matter, and personal jurisdiction to prosecute him, where the bank involved in the case was not federally insured for prosecution. The government also failed to prove that the case involved a substantial affect on interestate commerce for prosecution in federal court.

B. Ground two: Ineffective assistance of counsel/District court's erroroneous jurisdiction on the element of a substantial affect on interstate commerce.

Supporting FACTS (state *briefly* without citing cases or law): The petitioner contends that the the law was established at the time of his trial, that there must be a a substantial affect on interstate commerce for federal prosecution of an offense pursuant to Title 18 U.S.C. § 1951, and the district court failed to instruct the jury correctly on the element of a substantial affect on interstate commerce as established in U.S. v. Lopez, 514 U.S. 549 (1996).

C. Ground three: Ineffective assistance of counsel/District court's lack of of subject matter jurisdiction to use prior convictions for enhancement, and court's erroneous use of unconstitutional prior convictions for enhancement.

Supporting FACTS (state *briefly* without citing cases or law): The district court erroneously enhanced the petitioner's sentence by way of prior convictions without providing him notice before the entry of his guilty plea as required by the Fifth Amendment and Title 21 U.S.C. § 851(a).

AO 243 (Rev. 5/85)

The district court also used unconstitutional prior convictions of the petitioner's for enhancement purposes, and deprived him of contesting the prior convictions as required by the law and § 851(b) and (C).

D. Ground four: Ineffective assistance of counsel/Actually innocent of Violationg Title 18 U.S.C. § 924(c).

Supporting FACTS (state *briefly* without citing cases or law): The petitioner contends that he is actually innocent of violating Title 18 U.S.C. § 924(c), as he has not used, carried, nor brandished a firearm in the commission of the robbery involved in the case, and the government has failed to prove the required elements of the offense. The petitioner has not aided and abetted in using, carrying, and brandishing the firearm as well. The government failed to prove these required elements as well.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

The present claims being raised has never been presented to this court nor the court of appeal, as counsel did not preserve the issues in the district court, nor did counsel raise the issues on direct appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒☒☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ___Chet kaufman, 227 N. Bronough Street, Suite 4200, Tallahassee, Florida 32301

(b) At arraignment and plea ___Same as above

(c) At trial ___N/A

(d) At sentencing ___Same as above

AO 243 (Rev. 5/85)

(e) On appeal _____ Same as above _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒     N/A

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒     N/A

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
N/A

(b) Give date and length of the above sentence: _____ N/A _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒     N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_January 29, 2006_
(date)

X _____
Signature of Movant